IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| ALAIN CASTILLO and<br>JESSICA CASTILLO,<br><br>Plaintiffs,<br><br>V.<br><br>STATE FARM LLOYDS<br><br>Defendant. | § § § § § § § § § § § | CIVIL ACTION NO.: 1:15-CV-00064-P<br><br>JURY DEMAND |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The Parties wish to announce they reached an agreement of settlement in this matter. The Parties anticipate they will have the settlement finalized within 60 days from today, upon which time Plaintiff will file the appropriate dismissal documents with the Court. Accordingly, the parties ask the action, including any upcoming deadlines, be abated.

Respectfully submitted,

/s/ Clayton Hardin*
Bill L. Voss
State Bar No. 24047043
Scott G. Hunziker
State Bar No. 24032446
Clayton Hardin
State Bar No. 24090144
**THE VOSS LAW FIRM, P.C.**
26619 INTERSTATE 45
THE WOODLANDS, TEXAS 77380
TELEPHONE: (713) 861-0015
FACSIMILE: (713) 861-0021
Email: scott@vosslawfirm.com
bill.voss@vosslawfirm.com
clayton@vosslawfirm.com
**COUNSEL FOR PLAINTIFFS**
*signed with permission

And

/s/ Rhonda J. Thompson
Rhonda J. Thompson
State Bar No.: 24029862
Adrienne B. Hamil
State Bar No.: 24069867
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: rthompson@thompsoncoe.com
       ahamil@thompsoncoe.com

**COUNSEL FOR DEFENDANT**
**STATE FARM LLOYDS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 20th day of May 2015, the foregoing pleading was delivered to the following counsel of record for Plaintiffs via electronic filing and email in accordance with the Federal Rules of Civil Procedure:

Bill L. Voss
Scott G. Hunziker
Clayton Hardin
**The Voss Law Firm, P.C.**
26619 Interstate 45
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile: (713) 861-0021
Email: scott@vosslawfirm.com
       bill.voss@vosslawfirm.com
       clayton@vosslawfirm.com
*Counsel for Plaintiffs*

/s/ Adrienne B. Hamil
Adrienne B. Hamil