IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| ALAIN CASTILLO and JESSICA CASTILLO, | § § § |
| | § CIVIL ACTION NO.: 1:15-CV-00064-P |
| Plaintiffs, | § § |
| V. | § § |
| | § JURY DEMAND |
| STATE FARM LLOYDS | § § |
| Defendant. | § |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Alain and Jessica Castillo and Defendant State Farm Lloyds hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiffs' claims against Defendant State Farm Lloyds are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 17th day of June 2015.

    Respectfully submitted,

    /s/ Clayton Hardin*
    Bill L. Voss
    State Bar No. 24047043
    Scott G. Hunziker
    State Bar No. 24032446
    Clayton Hardin
    State Bar No. 24090144
    **THE VOSS LAW FIRM, P.C.**
    26619 INTERSTATE 45
    THE WOODLANDS, TEXAS 77380
    TELEPHONE: (713) 861-0015
    FACSIMILE: (713) 861-0021
    Email: scott@vosslawfirm.com
           bill.voss@vosslawfirm.com
           clayton@vosslawfirm.com
    **COUNSEL FOR PLAINTIFFS**
    *signed with permission

       And

       /s/ Rhonda J. Thompson
       Rhonda J. Thompson
       State Bar No.:  24029862
       Adrienne B. Hamil
       State Bar No.: 24069867
       **THOMPSON, COE, COUSINS & IRONS, L.L.P.**
       700 N. Pearl Street, 25th Floor
       Dallas, Texas 75201
       Telephone:  (214) 871-8200
       Facsimile:   (214) 871-8209
       Email:  rthompson@thompsoncoe.com
              ahamil@thompsoncoe.com

       **COUNSEL FOR DEFENDANT**
       **STATE FARM LLOYDS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 17th day of June 2015, the foregoing pleading was delivered to the following counsel of record for Plaintiffs via electronic filing and email in accordance with the Federal Rules of Civil Procedure:

**VIA ELECTRONIC FILING AND EMAIL:**
Bill L. Voss
Scott G. Hunziker
Clayton Hardin
**The Voss Law Firm, P.C.**
26619 Interstate 45
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile: (713) 861-0021
Email: scott@vosslawfirm.com
       bill.voss@vosslawfirm.com
       clayton@vosslawfirm.com
*Counsel for Plaintiffs*

       */s/ Adrienne B. Hamil*
       Adrienne B. Hamil